IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TRACY J. SHELTON, | ) | |
| Plaintiff | ) | |
| v. | ) | No. 2:04-cv-096 |
| JO ANNE B. BARNHART,<br>Commissioner of | ) | |
| Social Security, | ) | |
| Defendant | ) | |

## **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that plaintiff's motion for judgment on the pleadings [Court File #9] is DENIED; defendant Commissioner's motion for summary judgment [Court File #13] is DENIED; and this action is REMANDED pursuant to sentence six to the defendant Secretary for further findings consistent with the Memorandum Opinion.

**E N T E R :**

　　　　　　　　　　　　　　　　　　　　*s/ James H. Jarvis*
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE