# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

TRACY J SHELTON

V.

COMMISSIONER OF SSA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:04-CV-96

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiffs motion for judgment on the pleadings #9 is DENIED; defendant Commissioner's motion for summary judgment #13 is DENIED; and this action is REMANDED pursuant to sentence six to the defendant Secretary for further findings.

April 3, 2007  
Date

Patricia L. McNutt, Clerk

By s/A. Archer, Case Manager