IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| TRACY J. SHELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:04-CV-096 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**<u>O R D E R</u>**

This matter is before the court on the July 12, 2007 report and recommendation filed by Magistrate Judge Dennis H. Inman [doc. 26]. Magistrate Judge Inman recommended that plaintiff's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [doc. 23] be granted. There have been no timely objections filed to this report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusion. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion [doc. 23] is **GRANTED** in the amount of

Two Thousand Eighty-Seven Dollars and Fifty Cents ($2,087.50) in attorney fees and One Hundred Sixty-Three Dollars and Twenty-Six Cents in costs and expenses.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge