# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

TRACY J. SHELTON,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 2:04-cv-96

SSA

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; the court ACCEPTS IN WHOLE the report and recommendation [doc 26]. It is ORDERED, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiffs motion [doc 23] is GRANTED in the amount of $2,087.50 in attorney fees and One Hundred Sixty-Three Dollars and Twenty-Six Cents in costs and expenses. Signed by Judge R Leon Jordan on 9/24/07.

September 24, 2007　　　　　　　　　　　　　Patricia L. McNutt, Clerk
Date

　　　　　　　　　　　　　　　　　　　　　　　By　　　s/A. Archer　　　　Case Manager